```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :
UNITED STATES OF AMERICA,                            :
                                                     :
                -v-                                  :   19-CR-039-7 (JMF)
                                                     :
KENNY LIU,                                           :   ORDER
                                                     :
                Defendant.                           :
                                                     :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    As discussed on the record at conference held yesterday, the Defendant Kenny Liu is granted a severance from the case of his co-defendants, for whom the trial date remains February 3, 2020. Liu shall submit his mitigation request to the Government by December 13, 2019. The Government shall update the Court by letter no later than January 21, 2020, and the parties shall appear for a pretrial conference on **January 23, 2020**, at **3:30 p.m.** to discuss where the case stands and the next steps, including, if appropriate, motion deadlines.

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

                                                   JESSE M. FURMAN
                                          United States District Judge