# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET · SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

FAX (212) 571-5507

BENNETT M. EPSTEIN, ESQ.
SARAH M. SACKS, ESQ.

December 11, 2019

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007
**Filed by ECF**

Re: *United States v. Shao Jun Guo*
19 Cr. 0039 (JMF)

Dear Judge Furman:

    We represent the defendant Shao Jun Guo under the Criminal Justice Act. Our client is scheduled to surrender on December 13, 2019, which is this coming Friday. However, as of this date, we have not received a designation for Mr. Guo. We therefore called the regional office of the Federal Bureau of Prisons and we were informed that they have not received a "designation package" for him from the U.S. Marshals. Based on this conversation, we understand that the U.S. Marshals need to input Mr. Guo's information into the "e-designate" system in order for him to be designated, and after that information is received his designation could still take several weeks. We do not believe that the Court intended for Mr. Guo to have to surrender to the MCC to spend weeks there awaiting his ultimate designation. For these reasons, we ask that the Court postpone Mr. Guo's surrender date until the second week in January so that the necessary information can be provided by the appropriate party to the U.S. Marshals and the Bureau of Prisons can provide Mr. Guo with his designation of where to report. We have spoken to the Government and it takes no position with respect to this request.

Very truly yours,

Sarah M. Sacks
Bennett M. Epstein

Application GRANTED. The Defendant's surrender date is hereby extended to January 10, 2020. The Government should promptly contact the BOP to ensure that the Defendant is designated by that date. The Clerk of Court is directed to terminate ECF No. 162. SO ORDERED.

December 12, 2019