

**Marc Litt**
Partner

212 909-9686 DIRECT TEL
212 909-9486 DIRECT FAX

mlitt@wmllp.com

# WACHTEL MISSRY

NEW YORK · LOS ANGELES · FLORENCE

WWW.WACHTELMISSRY.COM

885 SECOND AVENUE
NEW YORK, NY 10017

TEL 212 909-9500
FAX 212 371-0320

February 18, 2020

<u>Via ECF</u>

The Honorable Jesse M. Furman
U.S. Courthouse
40 Foley Square
New York, NY 10007

          **Re: U.S. v. Guo et al. {Kenny Liu}, Case No.: 19-cr-39 (JMF)**

Dear Judge Furman:

      We represent defendant Kenny Liu in the above-captioned case. We are submitting this application jointly with the Government to request that the status conference scheduled at 3:00 p.m. on February 24, 2020 be adjourned to a date during the week of March 30.

      We are scheduled to meet with the Deferred Prosecution Committee of the U.S. Attorney's Office on February 24 to provide additional information in connection with our mitigation request. The Committee will need time to consider our presentation and, should it prove necessary, we will need time to appeal and/or attempt to negotiate an acceptable resolution of the case without the need for litigation. We believe that we are requesting the shortest adjournment that will reasonably allow the parties to conclude those efforts. Of course, we will inform the Court immediately upon reaching a resolution or concluding that it will be necessary to set a motion and trial schedule.

      The defendant believes that it is in his interest to exclude time under the Speedy Trial Act between February 24, 2020 and the date of the next status conference so that the Government can continue to consider the defendant's mitigation request.

                                                  Respectfully submitted,

                                                  Marc Litt

cc:   AUSA Elizabeth Espinosa (by ECF)
       AUSA Ryan Finkel (by ECF)

*Application GRANTED. The conference is ADJOURNED to March 30, 2020, at 3:45 p.m. No further extensions are likely to be granted. Time is excluded under the Speedy Trial Act from today through March 30, 2020; the Court finds that the interests of justice in excluding that time outweigh the interests of the Defendant and the public in a speedy trial to permit the Defendant to make a mitigation request to the Government. The Clerk of Court is directed to terminate Docket No. 187. SO ORDERED.*

*February 19, 2020*