UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,                :
                :
       -v-                :      19-CR-039-7 (JMF)
                :
KENNY LIU,                :      <u>ORDER</u>
                :
          Defendant.                :
                :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant is currently scheduled to appear on September 10, 2020, ostensibly for a combined change-of-plea and sentencing proceeding, but counsel are due to file a status letter regarding how to proceed by August 10, 2020.  *See* ECF No. 202.  Recognizing that there have been issues in the past with respect to what language(s) the Defendant understands and the availability of interpreters in some of those languages (namely, "Rakhine"), counsel shall confer with one another **and the S.D.N.Y. Interpreter's Office** and include in their August 10th status letter their views on what, if any, interpreter should be used for the next proceeding.

      SO ORDERED.

Dated: August 3, 2020
       New York, New York                                JESSE M. FURMAN
                                                        United States District Judge