UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                             :
:
      -v-                                                      :    19-CR-039-7 (JMF)
:
KENNY LIU,                                                           :    <u>ORDER</u>
:
              Defendant.                                     :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In order to accommodate the interpreter's request to appear remotely, Kenny Liu, the Defendant, is hereby granted permission to enter the Thurgood Marshal United States Courthouse with his cellphone on September 10, 2020.  He may not use it for any purpose other than communicating with the interpreter during the proceeding.  Defense counsel should ensure he and/or the Defendant have a copy of this Order to provide to the Court Security Officers when entering the courthouse.

      SO ORDERED.

Dated: September 9, 2020
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge