```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :   SUPERSEDING
UNITED STATES OF AMERICA         :   MISDEMEANOR INFORMATION
                                 :
        - v. -                   :   S3 19 Cr. 39 (JMF)
                                 :
KENNY LIU,                       :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X
```

## COUNT ONE

### (Supplementation of Federal Salary)

The United States Attorney charges:

Between in or about 2014 up to and including in or about July 2019, in the Southern District of New York and elsewhere, KENNY LIU, the defendant, did receive contributions to and supplementation of salary, as compensation for his services as an officer and employee of the United States Postal Service, from a source other than the Government of the United States, to wit, LIU received payments from recipients of mail to be delivered by the United States Postal Service in order to deliver said mail to addresses other than those on the face of said mail.

(Title 18 United States Code, Sections 209(a) and 216(a)(1) and 2.)

*Audrey Strauss*
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

KENNY LIU,

              Defendant.

---

<u>SUPERSEDING MISDEMEANOR INFORMATION</u>

S3 19 Cr. 39 (JMF)

(18 U.S.C. §§ 209(a), 216(a)(1) and 2.)

AUDREY STRAUSS
Acting United States Attorney